FILED

12/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0547

_____

IN RE PARENTING OF:

D.C.S.,

    A minor.

REBECCAH JEAN TAYLOR,
n/k/a REBECCAH GROVE,

       Petitioner and Appellant,

    v.

JOSHUA RICHARD TAYLOR,

       Respondent and Appellee,

    and

DAVID SCOTT and JANICE SCOTT,

       Third-Party Intervenors and Appellees.

ORDER

_____

On December 16, 2024, Appellant filed her opening brief. On December 17, 2024, the Court rejected the brief for noncompliance with the Montana Rules of Appellate Procedure.

On December 27, 2024, Appellant resubmitted the brief, dated December 16, 2024. Appellant's resubmitted brief failed to include all required corrections pursuant to our December 17, 2024, deficiency order. This Court has determined that the resubmitted brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1)(a) requires that an appellant's opening brief contain a Table of Contents and Table of Authorities in the order indicated by the rule. Here, the Appellant's resubmitted brief does not comport with the rules governing the organization

of an appellate brief as the Table of Contents and Table of Authorities were not inserted into the brief

M. R. App. P. 12(1)(d) requires that an appellant's opening brief contain a statement of the facts with citations to the record. Here, the Appellant's resubmitted brief does not contain a statement of the facts with citations to the record.

M. R. App. P. 12(1)(f) requires that an appellant's opening brief contain a summary of the argument. Here, the resubmitted brief does not include a summary of the argument.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
December 30 2024